UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:19-bk-08572-RCT
                                                                          Chapter 7
Dorothy S. Towne
a/k/a Dottie Towne
a/k/a Dottie Webster

     Debtor.
_____/

## SUPPLEMENTAL 2016(b) DISCLOSURE OF POST-PETITION PAYMENT

Debtors' counsel, Herbert R. Donica, Esq., and the law firm of DONICA LAW FIRM, P.A., hereby files this 2016(b) Disclosure and says that the DONICA LAW FIRM, P.A. received a payment of $2,700.00 from the Debtor on February 13, 2020 for post-petition services provided to the Debtor. The law firm has accrued charges at its regular hourly rates of $400.00 per hour for Herbert R. Donica and applicable hourly rates of other employees of the law firm.

**DONICA LAW FIRM, P.A.**
Counsel for Debtor
238 East Davis Blvd., Suite 209
Tampa, FL 33606
Telephone: (813) 878-9790
Facsimile:  (813) 878-9746
E-mail:  herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by regular U.S. Mail or the Court's CM/ECF system on the 18th day of February 2020 to the **Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.